# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

147554(67)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CRAWLEY DAVID McFADDEN, a/k/a
CRAWLER DAVID McFADDEN,
      Plaintiff-Appellant,

v

TITAN INSURANCE COMPANY,
      Defendant-Appellee.

SC: 147554
COA: 316012
Wayne CC: 12-012012-NO

_____/

On order of the Court, the motion for reconsideration of this Court's January 31, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



h0421

Clerk